IN THE SUPREME COURT OF THE STATE OF NEVADA

ECHO FOX, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND NARRAMORE DOBBINS, LLC, A WYOMING LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
and
IOTA VIOLET, LLC, AN ARIZONA LIMITED LIABILITY COMPANY; IOTA ROYAL, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND FIVE SPRINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Real Parties in Interest.

No. 69933

FILED

APR 1 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges district court orders granting motions to enlarge the time in which to serve process and denying a motion to dismiss for failure to timely serve process.

Having considered petitioners' arguments, we are not persuaded that writ relief is warranted. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Because *Scrimer v. Eighth Judicial District Court*, 116 Nev. 507, 516, 998 P.2d 1190, 1195-96 (2000), recognizes that a balanced and

multifaceted analysis is appropriate in determining whether to dismiss a complaint under NRCP 4(i), and some of the factors set forth in *Scrimer* support the district court's decision to grant an enlargement of time, the district court did not arbitrarily or capriciously exercise its discretion. *Int'l Game Tech.*, 124 Nev. at 197, 179 P.3d at 558; *Scrimer*, 116 Nev. at 513, 998 P.2d at 1193-94 (explaining that the good-cause determinations under NRCP 4(i) are within the district court's discretion). We therefore

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:     Hon. Mark R. Denton, District Judge
        Armstrong Teasdale, LLP/Las Vegas
        Ballard Spahr, LLP
        Schwartz Flansburg PLLC
        Eighth District Court Clerk